# United States Bankruptcy Court
## District of Arizona

In re **Fadia Hermiz**
Debtor(s)

Case No. **2:20-bk-01839**
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Fadia Hermiz**, declares the foregoing to be true and correct under penalty of perjury.

Date **February 24, 2020**

Signature **/s/ Fadia Hermiz**
**Fadia Hermiz**
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Local Form 1007-2 (08/18)
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Declaration of Evidence of Payments

Page 1
Best Case Bankruptcy

Case 2:20-bk-01839-PS    Doc 6    Filed 02/25/20    Entered 02/25/20 11:08:20    Desc
Main Document    Page 1 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004


Fadia Hermiz
5750 N 59th Ave #248
Glendale, AZ 85301

Direct Deposit

**Employee Pay Stub**     Check number:              Pay Period: 01/25/2020 - 02/07/2020     Pay Date: 02/12/2020

**Employee**                                          **SSN**
Fadia Hermiz, 5750 N 59th Ave #248, Glendale, AZ 85301   ***-**-9406

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate - Internet Sales | 64:00 | 12.50 | 800.00 | 3,124.26 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -51.00 | -195.00 |
| Social Security Employee | -49.60 | -193.70 |
| Medicare Employee | -11.60 | -45.30 |
| AZ - Withholding | -6.40 | -25.00 |
|  | -118.60 | -459.00 |

| Net Pay | 681.40 | 2,665.26 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking ~ *****8713 | 681.40 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 2:08 |  | 6:43 |

**Memo**
Direct Deposit

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.          Powered by Intuit Payroll

Case 2:20-bk-01839-PS   Doc 6   Filed 02/25/20   Entered 02/25/20 11:08:20   Desc
Main Document    Page 2 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004

Fadia Hermiz
5750 N 59th Ave #248
Glendale, AZ 85301

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 01/11/2020 - 01/24/2020 | | Pay Date: 01/29/2020 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | | | |
| Fadia Hermiz, 5750 N 59th Ave #248, Glendale, AZ 85301 | | | | | | ***-**-9406 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly Rate - Internet Sales | 64:45 | 12.50 | 809.38 | 2,324.26 | Checking - *****8713 | | | 688.99 |
| **Taxes** | | | Current | YTD Amount | **Paid Time Off** | Earned | YTD Used | Available |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Sick | 2:10 | | 4:35 |
| Federal Withholding | | | -52.00 | -144.00 | **Memo** | | | |
| Social Security Employee | | | -50.18 | -144.10 | Direct Deposit | | | |
| Medicare Employee | | | -11.73 | -33.70 | | | | |
| AZ - Withholding | | | -6.48 | -18.60 | | | | |
| | | | -120.39 | -340.40 | | | | |
| **Net Pay** | | | 688.99 | 1,983.86 | | | | |

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.    Powered by Intuit Payroll

Case 2:20-bk-01839-PS    Doc 6    Filed 02/25/20    Entered 02/25/20 11:08:20    Desc
Main Document    Page 3 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004

Fadia Hermiz
5750 N 59th Ave #248
Glendale, AZ 85301

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 12/28/2019 - 01/10/2020 | | Pay Date: 01/15/2020 | |
|---|---|---|---|---|---|---|---|---|---|

**Employee**
Fadia Hermiz, 5750 N 59th Ave #248, Glendale, AZ 85301

**SSN**
***-**-9406

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate - Internet Sales | 59:45 | 12.50 | 746.88 | 1,514.88 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -45.00 | -92.00 |
| Social Security Employee | -46.30 | -93.92 |
| Medicare Employee | -10.83 | -21.97 |
| AZ - Withholding | -5.98 | -12.12 |
| | -108.11 | -220.01 |

**Net Pay**  638.77  1,294.87

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *****8713 | | | 638.77 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 2:00 | | 2:26 |

**Memo**
Direct Deposit

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.      Powered by Intuit Payroll

Case 2:20-bk-01839-PS   Doc 6   Filed 02/25/20   Entered 02/25/20 11:08:20   Desc
Main Document     Page 4 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004

Fadia Hermiz
5750 N 59th Ave #248
Glendale, AZ 85301

Direct Deposit

| Employee Pay Stub | | Check number: | | | | Pay Period: 12/14/2019 - 12/27/2019 | | Pay Date: 01/02/2020 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Fadia Hermiz, 5750 N 59th Ave #248, Glendale, AZ 85301 | | | | | | ***-**-9406 | Single/Single | Fed-1/0/AZ-1/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly Rate - Internet Sales | 64:00 | 12.00 | 768.00 | 768.00 | Checking - *****8713 | | | 656.10 |
| **Taxes** | | | **Current** | **YTD Amount** | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Sick | 2:08 | 24:00 | 12:26 |
| Federal Withholding | | | -47.00 | -47.00 | **Memo** | | | |
| Social Security Employee | | | -47.62 | -47.62 | Direct Deposit | | | |
| Medicare Employee | | | -11.14 | -11.14 | | | | |
| AZ - Withholding | | | -6.14 | -6.14 | | | | |
| | | | -111.90 | -111.90 | | | | |
| **Net Pay** | | | **656.10** | **656.10** | | | | |

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.    Powered by Intuit Payroll

Case 2:20-bk-01839-PS   Doc 6   Filed 02/25/20   Entered 02/25/20 11:08:20   Desc
Main Document    Page 5 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004


Fadia Hermiz
3202 W Bell Rd #2175
Phoenix, AZ 85053


Direct Deposit

| Employee Pay Stub | Check number: | Pay Period: 11/30/2019 - 12/13/2019 | Pay Date: 12/18/2019 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Fadia Hermiz, 3202 W Bell Rd #2175, Phoenix, AZ 85053 | ***-**-9406 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate - Internet Sales | 63:00 | 12.00 | 756.00 | 16,809.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -46.00 | -1,001.00 |
| Social Security Employee | -46.87 | -1,042.16 |
| Medicare Employee | -10.96 | -243.73 |
| AZ - Withholding | -6.05 | -134.42 |
|  | -109.88 | -2,421.31 |

| Net Pay | 646.12 | 14,387.69 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *****8713 | | | 646.12 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 2:06 |  | 10:18 |
| Vacation | 0:00 |  | 0:00 |

Memo

Direct Deposit

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.    Powered by Intuit Payroll

Case 2:20-bk-01839-PS   Doc 6   Filed 02/25/20   Entered 02/25/20 11:08:20   Desc
Main Document    Page 6 of 7

Friends of the Phoenix Library
1221 N Central Ave
Phoenix, AZ 85004

Fadia Hermiz
3202 W Bell Rd #2175
Phoenix, AZ 85053

Direct Deposit

**Employee Pay Stub**   Check number:   Pay Period: 11/16/2019 - 11/29/2019   Pay Date: 12/04/2019

**Employee**  
Fadia Hermiz, 3202 W Bell Rd #2175, Phoenix, AZ 85053

**SSN**  
***-**-9406

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate - Internet Sales | 56:00 | 12.00 | 672.00 | 16,053.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -36.00 | -955.00 |
| Social Security Employee | -41.67 | -995.29 |
| Medicare Employee | -9.75 | -232.77 |
| AZ - Withholding | -5.38 | -128.37 |
|  | -92.80 | -2,311.43 |

**Net Pay**   579.20   13,741.57

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *****8713 | | | 579.20 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:52 |  | 8:12 |
| Vacation | 0:00 |  | 0:00 |

**Memo**  
Direct Deposit

Friends of the Phoenix Library, 1221 N Central Ave, Phoenix, AZ 85004, FRIENDS OF THE PHOENIX PUBLIC LIBRARY, INC.   Powered by Intuit Payroll

Case 2:20-bk-01839-PS   Doc 6   Filed 02/25/20   Entered 02/25/20 11:08:20   Desc
Main Document   Page 7 of 7